In the Matter of the Application of Charles F. Sergeant for an Order against Paul J. Kern, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Henry London Corporation and Another v. Cushman's Sons, Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — O'Malley, Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of Moody's Investors Service for a Certiorari Order against Frank J. Taylor, Comptroller of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Childs Company v. The Chase National Bank of the City of New York, as Successor Trustee under Trust Deed Dated December 21, 1910, between George C. Boldt and Lincoln Trust Company.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Foreign & Domestic Music Corporation and Another v. Societa Anonima Musicale Bixio and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Society Milion Athena, Inc., and Others v. National Bank of Greece, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Nicholas J. Cassavetes v. Pharos Agency, Inc., and Others, Impleaded with National Bank of Greece.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Thomas Geogas, Also Known as Thomas Zogas, and Mary Geogas, Also Known as Mary Th. Zogas, v. National Bank of Greece, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Celia Sobel v. Alexander Sobel.— Motion for reargument and for other relief denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Ann Hamilton v. William H. Hamilton.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.